Nos. 2017-2289, -2351

# United States Court of Appeals for the Federal Circuit

CISCO SYSTEMS, INC.,
    *Appellant*,
v.
INTERNATIONAL TRADE COMMISSION,
    *Appellee*,
ARISTA NETWORKS, INC.,
    *Intervenor*.

ARISTA NETWORKS, INC.,
    *Appellant*,
v.
INTERNATIONAL TRADE COMMISSION,
    *Appellee*,
CISCO SYSTEMS, INC.,
    *Intervenor*.

*Appeal from the United States International Trade Commission, Investigation No. 337-TA-945.*

**OPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE UNIFIED PATENTS INC., HP INC., HEWLETT PACKARD ENTERPRISE CO., VIZIO, INC., ALLIANCE OF AUTOMOBILE MANUFACTURERS, ASSOCIATION OF GLOBAL AUTOMAKERS, AND CABLE TECHNOLOGY LABORATORIES, INC. IN SUPPORT OF NEITHER PARTY REGARDING ARISTA'S EMERGENCY MOTION (Dkt. 29)**

KEVIN JAKEL
JONATHAN STROUD
UNIFIED PATENTS INC.
2 North 1st Street, 5th Floor
San Jose, CA 95113
(650) 999-0899

*Counsel for Amicus Curiae
Unified Patents Inc.*

PAUL M. SCHOENHARD
NICOLE M. JANTZI
IAN B. BROOKS
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000

*Counsel for Amici Curiae*

# CERTIFICATE OF INTEREST

Counsel for Amicus Curiae Unified Patents, Inc. certifies the following:

1. The full name of every party or amicus curiae represented by me is:

   Unified Patents Inc., HP Inc., Hewlett Packard Enterprise Co., VIZIO Inc., Alliance of Automobile Manufacturers, Association of Global Automakers, and Cable Technology Laboratories, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   N/A

4. The names of all law firms and the partners or associates that appeared for the party or amicus curiae now represented by me in the trial court or agency or are expected to appear in this court are:

   **McDermott Will & Emery LLP**: Paul M. Schoenhard, Nicole M. Jantzi, Ian B. Brooks

Respectfully submitted,

/s/ Paul M. Schoenhard
Paul M. Schoenhard
McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
pschoenhard@mwe.com

*Counsel for Amici Curiae*

Unified Patents Inc., HP Inc., Hewlett Packard Enterprise Co., VIZIO Inc., Alliance of Automobile Manufacturers, Association of Global Automakers, and Cable Television Laboratories, Inc. (collectively, "Amici") respectfully request leave of the Court to file a Brief of Amicus Curiae in Support of Neither Party Regarding Arista's Emergency Motion (Dkt. No. 29). The proposed brief is attached hereto as Exhibit A.

Arista Networks, Inc.'s Emergency Motion raises significant public interest issues regarding whether and to what extent the United States International Trade Commission ("ITC") and this Court should consider final written decisions of the Patent Trial and Appeal Board ("PTAB") when fashioning and/or determining whether to stay exclusionary remedies.

Amici are technology companies, industry associations, and nonprofit organizations. Individually and collectively, Amici share an interest in addressing the significant public interest in permitting and promoting fair and free competition. Such public interest is disserved by enforcement of exclusionary remedies based on invalid patent claims.

Accordingly, Amici request that the Court grant their Motion for Leave, so that the Court may benefit from their perspectives on these significant public interest issues.

Pursuant to Fed. Cir. R. 27(a)(5), Amici state that Arista Networks, Inc. has consented to the filing of the proposed brief. The International Trade Commission has stated that it intends to oppose this motion. And Cisco Systems, Inc. has expressly reserved its position on this motion pending review of the as-filed proposed amicus brief.

Dated:  September 1, 2017                               Respectfully submitted,

                                                        /s/ Paul M. Schoenhard
Kevin Jakel                                             Paul M. Schoenhard
Jonathan Stroud                                         Nicole M. Jantzi
Unified Patents Inc.                                    McDermott Will & Emery LLP
2 North 1st Street, Fifth Floor                         500 North Capitol Street NW
San Jose, CA 95113                                      Washington, DC 20001
(650) 999-0899                                          (202) 756-8000
                                                        pschoenhard@mwe.com

*Counsel for Amicus Curiae*
*Unified Patents Inc.*                                  *Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

Counsel for Amici certifies that this brief contains 222 words (excluding the parts of the brief exempted by Fed. R. App. P. 32) as tabulated using the word count functionality of Microsoft Word. Counsel further certifies that this brief has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14 point Times New Roman font.

Respectfully submitted,

/s/ Paul M. Schoenhard
Paul M. Schoenhard
McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
pschoenhard@mwe.com
*Counsel for Amici Curiae*

## PROOF OF SERVICE

I hereby certify that the foregoing was filed on September 1, 2017, using the Court's Electronic Case Filing system, which automatically generates and sends by email a Notice of Docket Activity to all registered attorneys participating in this case.

/s/Paul M. Schoenhard
Paul M. Schoenhard
Counsel to Amici
